FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 24 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Mar 24, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAR 26 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 09, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DELTA/AIRTRAN BAGGAGE
FEE ANTITRUST LITIGATION

Dennis Patrick v. Delta Airlines, Inc., et al.,
N.D. California, C.A. No. 4:10-530

MDL No. 2089

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 6, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1362 (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Timothy C. Batten, Sr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Batten.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Timothy C. Batten, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 24, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY

MAR 24 2010

By: _____ Clerk
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

CHAIRMAN:
John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 24, 2010

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 2089 -- IN RE: Delta/AirTran Baggage Fee Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 9, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Timothy C. Batten, Sr.

JPML Form 36A

IN RE: DELTA/AIRTRAN BAGGAGE
FEE ANTITRUST LITIGATION  MDL No. 2089

## PANEL SERVICE LIST (CTO-1)

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street
Suite 4900
Oakland, CA 94621

Eric L. Cramer
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103

Jesse A. Davis, III
BROGDON DAVIS & ADAMS LLC
150 East Ponce De Leon Avenue
Suite 320
Decatur, GA 30030

Mark S. Goldman
GOLDMAN SCARLATO & KARON PC
101 W. Elm Street
Suite 360
Conshohocken, PA 19428

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

Daniel A. Kotchen
KOTCHEN & LOW LLP
2300 M Street
Suite 800
Washington, DC 20037

David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Michael S. Mitchell
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, DC 20015

Thomas W. Rhodes
SMITH GAMBRELL & RUSSELL LLP
3100 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309-3592

Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005

Reginald Von Terrell
TERRELL LAW GROUP
Post Office Box 13315 PMG #148
Oakland, CA 94661

Richard M. Volin
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, DC 20007

Kendall S. Zylstra
FARUQI & FARUQI LLP
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006